■ The People of the State of New York, Respondent, v Isam Elwadi, Appellant. [647 NYS2d 636] —Judgment unanimously affirmed. Memorandum: We reject the argument of defendant that the evidence is insufficient to support a determination that he had knowledge of the weight of the controlled substance in his possession. The arresting officer testified that defendant removed a plastic bag about the size of a baseball from his pants pocket, held it in his hand, and then threw it over a fence. Defendant was convicted under an aggregate weight statute and his knowledge of the weight of the substance may be inferred from his handling of it (*see, People v Sanchez*, 86 NY2d 27, 33; *People v Ryan*, 82 NY2d 497, 505; *People v Dillon*, 207 AD2d 793, 796, *affd* 87 NY2d 885). The verdict is not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). (Appeal from Judgment of Monroe County Court, Connell, J.—Criminal Possession Controlled Substance, 1st Degree.) Present—Lawton, J. P., Fallon, Callahan, Doerr and Balio, JJ.